| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* Cr. 02-46-01-B |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 4:05CR40003 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Timothy Bishop 54 Middlesex Street Chelmsford, MA 01824 | DISTRICT DISTRICT OF NEW HAMPSHIRE | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Paul Barbadoro | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/24/04 | TO 11/23/08 |

OFFENSE

<u>Ct. I</u>: Possess with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEW HAMPSHIRE</u>

 IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-16-04
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan. 20, 2005
Effective Date

William G. Young
United States District Judge