**UNITED STATES DISTRICT COURT** FILED
DISTRICT OF NEW HAMPSHIRE, CLERKS OFFICE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-2941 FEB 16 P 3: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

OFFICE OF THE CLERK
James R. Starr
Clerk of Court

Telephone
603-225-1423

February 14, 2005

Clerk
U.S. District Court
U. S. Courthouse - Suite 2300
1 Courthouse Way
Boston, MA  02210

Re:    NH Case No.:   CR. 02-46-01-PB, US v. Timothy Bishop
       Your Case No.:   4:05CR40003

The above case has been transferred to your jurisdiction pursuant to Transfer of Jurisdiction.

We enclose the following items:

        certified copy of the docket sheet
        certified copies of file documents

Please acknowledge receipt on the copy of this letter provided and return in the reply envelope enclosed.

Very truly yours,

James R. Starr, Clerk

By: _____
Joyce Roy
Deputy Clerk

Enclosures

cc: U. S. Probation

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* Cr. 02-46-01-B |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED IN CLERKS OFFICE | DOCKET NUMBER *(Rec. Court)* 4:05CR40003 |
| | 2005 FEB 16 P 3:22 | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT DISTRICT COURT OF NEW HAMPSHIRE DISTRICT OF MASS | DIVISION |
|---|---|---|
| Timothy Bishop 54 Middlesex Street Chelmsford, MA 01824 | NAME OF SENTENCING JUDGE Honorable Paul Barbadoro | |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/24/04 | TO 11/23/08 |
|---|---|---|---|

**OFFENSE**

<u>Ct. I</u>:  Possess with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE<u>DISTRICT OF NEW HAMPSHIRE</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-10-04
_____
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan. 20, 2005
_____
*Effective Date*

William G. Young
_____
*United States District Judge*

Case 4:05-cr-40003-LJA   Document 2

FILED
IN CLERKS OFFICE    CLOSED

**U.S. District Court**
**District of New Hampshire (Concord)**
**CRIMINAL DOCKET FOR CASE #: 1:02-cr-00046-PB-ALL**

2005 FEB 16  P 3: 22

DISTRICT COURT
DISTRICT OF MASS.

Case title: USA v. Bishop                    Date Filed: 04/10/2002

---

Assigned to: Judge Paul Barbadoro

**Defendant**

**Timothy Bishop** (1)                represented by **Edward Holladay English**
*TERMINATED: 07/24/2003*                     359 Main Street
                                             Haverhill, MA 01830-4000
                                             978 469-0600
                                             *TERMINATED: 10/25/2002*
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Michael F. Natola**
                                             McBride & Natola
                                             240 Commercial Street Ste 2B
                                             Boston, MA 02109
                                             617 367-8844
                                             *TERMINATED: 10/25/2002*
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Retained*

                                             **Philip R. Desfosses**
                                             Desfosses Law Firm
                                             3201 Lafayette Road
                                             Portsmouth, NH 03801
                                             603 436-8242
                                             Email: phil@desfosseslaw.com
                                             *TERMINATED: 07/24/2003*
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Retained*

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK

BY: _____
        DEPUTY CLERK

                                             **Tony F. Soltani**
                                             Soltani Mosca PLLC
                                             PO Box 457
                                             Epsom, NH 03234-0457
                                             603 736-3320
                                             Fax: 603-736-3321
                                             Email: tsoltani@soltanilaw.com

*TERMINATED: 04/17/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:841(a)(1) Possession with intent to
distribute marijuana
(1)

**Disposition**

Committed to Bureau of Prison for 24
months w/recommendation of
participation in intensive drug education
and treatment program; 4 years
supervised release w/special condtions
of: drug treatment pay if able, submit to
searches; $100 Special Asse ssment due
immediately; Fine waived.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**

represented by **Clyde R. W. Garrigan**
US Attorney's Office (NH)
James C. Cleveland Federal Building
53 Pleasant St, 4th Flr
Concord, NH 03301-0001
603 225-1552
Email: clyde.garrigan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Irish**
US Attorney's Office (NH)
James C. Cleveland Federal Building
53 Pleasant St, 4th Flr
Concord, NH 03301-0001
603 225-1552

Email: mark.irish@usdoj.gov
*TERMINATED: 03/24/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2002 | 1 | INDICTMENT as to Timothy Bishop (1) count(s) 1 Added AUSA Mark A. Irish. (jar) (Entered: 04/11/2002) |
| 04/10/2002 | 2 | Praecipe for Warrant as to Timothy Bishop (jar) (Entered: 04/11/2002) |
| 04/10/2002 | | Arrest WARRANT issued as to Timothy Bishop ; original warrant and copies to US Marshal and US Probation. (jar) (Entered: 04/11/2002) |
| 04/11/2002 | 3 | NOTICE of Possible Conflict filed by USA as to Timothy Bishop (jar) (Entered: 04/11/2002) |
| 04/11/2002 | 4 | PETITION by USA for Writ of Habeas Corpus ad prosequendum as to Timothy Bishop (jar) (Entered: 04/12/2002) |
| 04/12/2002 | | WRIT of Habeas Corpus ad Prosequendum issued as to Timothy Bishop for 4/16/02 (jar) (Entered: 04/12/2002) |
| 04/12/2002 | | ENDORSED ORDER as to Timothy Bishop RE possible conflict, any party who intends to seek my recusal shall file a motion and a supporting memo on before 5/3/02. I do not intend to recuse myself unless it appears likely that I would be called upon to rule on the legitimacy of the wire taps at issue or unless I am provided with other evidence that warrants recusal. set Motion Filing deadline to 4/8/02 ( Entered by Chief Judge Paul J. Barbadoro ) (jar) (Entered: 04/12/2002) |
| 04/12/2002 | | Re Timothy Bishop: INITIAL APPEARANCE set for 2:00 4/16/02 for Timothy Bishop before Magistrate Judge Muirhead. (cm) (Entered: 04/12/2002) |
| 04/16/2002 | | Re Timothy Bishop: INITIAL APPEARANCE held before Magistrate Judge Muirhead. Tape B:205 (716-897). Defendant advised of rights & charges. Financial information orally approved for this hearing only Attorney Soltani will be appointed. Defendant to retain counsel and arraignment and detention hearing set for 4/19/02 at 2:00 p.m. (cm) (Entered: 04/16/2002) |
| 04/16/2002 | 5 | CJA 20 for Timothy Bishop. Appointment of Tony F. Soltani as court-appointed counsel for initial appearance/arraignment ONLY. Review case for submission of voucher by 10/15/02 for Tony F. Soltani .(Signed by James R. Starr, Clerk) (jar) (Entered: 04/17/2002) |
| 04/16/2002 | 6 | ORDER of Temporary Detention Pending Hearing as to Timothy Bishop, set Detention Hearing for 2:00 4/19/02 for Timothy Bishop ( Signed by Magistrate Judge James R. Muirhead ) (jar) (Entered: 04/17/2002) |
| 04/17/2002 | 7 | PETITION by USA for Writ of Habeas Corpus ad prosequendum as to |

| | | | Timothy Bishop (jar) (Entered: 04/18/2002) |
|---|---|---|---|
| 04/17/2002 | 8 | | NOTICE of Appearance for Timothy Bishop by Attorney Michael F. Natola (jar) (Entered: 04/23/2002) |
| 04/17/2002 | 9 | | Stipulation to Detention and Waiver of Detention Hearing as to Timothy Bishop (jar) (Entered: 04/23/2002) |
| 04/18/2002 | | | WRIT of Habeas Corpus ad Prosequendum issued as to Timothy Bishop for 4/19/02 (jar) (Entered: 04/18/2002) |
| 04/19/2002 | | | Re Timothy Bishop: ARRAIGNMENT held before Magistrate Judge Muirhead. Tape B:205 (4451-4549). Defendant waived reading of indictment and pled not guilty to count 1. Trial 6/4/02, 3 days. Defendant stipulated to detention pending trial. (cm) (Entered: 04/19/2002) |
| 04/23/2002 | 10 | | ORDER RE Visiting Attorney as to Timothy Bishop, set Notice of Compliance deadline to 5/13/02 for Michael Natola ( Signed by Clerk James R. Starr ) (jar) (Entered: 04/23/2002) |
| 04/23/2002 | | | Re Timothy Bishop: TRIAL NOTICE: Final Pretrial Conference set for 4:00 5/22/02 for Timothy Bishop ; Jury Trial set for 2-week period beginning 9:30 6/4/02 for Timothy Bishop ( before Chief Judge Paul J. Barbadoro ) (jar) (Entered: 04/23/2002) |
| 05/03/2002 | 11 | | FINAL CJA 20 Authorization to pay Tony F. Soltani for defendant Timothy Bishop ; for criminal case Amount: $ 80.76 re: [5-1] cja appointment ( Signed by Chief Judge Paul J. Barbadoro ) (bc) (Entered: 05/03/2002) |
| 05/20/2002 | 12 | | MOTION by Timothy Bishop for Michael F. Natola to Appear Pro Hac Vice fee paid, with assent, no memo (jar) (Entered: 05/20/2002) |
| 05/21/2002 | 13 | | MOTION by Timothy Bishop for Continuance of Trial in Interests of Justice with assent (jar) (Entered: 05/21/2002) |
| 05/21/2002 | | | ENDORSED ORDER as to Timothy Bishop granting [12-1] motion for Michael F. Natola to Appear Pro Hac Vice as to Timothy Bishop (1) ( Entered by Chief Judge Paul J. Barbadoro ) (jar) (Entered: 05/21/2002) |
| 05/21/2002 | 14 | | ORDER as to Timothy Bishop granting [13-1] motion for Continuance of Trial in Interests of Justice Time Excluded from 6/28/02 to 9/3/02 as to Timothy Bishop (1), reset Final Pretrial Conference for 4:30 7/29/02 for Timothy Bishop , reset Jury Trial for 9:30 9/3/02 for Timothy Bishop ( Signed by Chief Judge Paul J. Barbadoro ) (jar) (Entered: 05/21/2002) |
| 05/21/2002 | | | Re Timothy Bishop: FINAL PRETRIAL CONFERENCE reset at 4:00 8/21/02 for Timothy Bishop in Chambers (jar) (Entered: 05/21/2002) |
| 06/03/2002 | 15 | | WAIVER of Speedy Trial by Timothy Bishop (jar) (Entered: 06/04/2002) |
| 08/20/2002 | 16 | | MOTION by Timothy Bishop for Continuance of Trial in Interests of Justice Until After December 3, 2002 with assent (jar) (Entered: 08/20/2002) |

| Date | No. | Entry |
|---|---|---|
| 08/20/2002 | 17 | ORDER as to Timothy Bishop granting [16-1] motion for Continuance of Trial in Interests of Justice Until After December 3, 2002 Time Excluded from 9/3/02 to 12/3/02 as to Timothy Bishop (1), reset Final Pretrial Conference for 4:00 11/14/02 for Timothy Bishop , reset Jury Trial for 9:30 12/3/02 for Timothy Bishop ( Signed by Chief Judge Paul J. Barbadoro ) (jar) (Entered: 08/21/2002) |
| 08/28/2002 | 18 | WAIVER of Speedy Trial by Timothy Bishop (jar) (Entered: 08/28/2002) |
| 10/18/2002 | 19 | NOTICE of Appearance for Timothy Bishop by Attorney Phillip R. Desfosses (jar) (Entered: 10/18/2002) |
| 10/24/2002 | 20 | MOTION by Timothy Bishop for Michael Natola to Withdraw as Attorney (jar) (Entered: 10/25/2002) |
| 10/25/2002 | | ENDORSED ORDER as to Timothy Bishop granting [20-1] motion for Michael Natola to Withdraw as Attorney (Terminated attorney Edward Holladay English for Timothy Bishop, attorney Michael F. Natola for Timothy Bishop as to Timothy Bishop (1) ( Entered by Chief Judge Paul J. Barbadoro ) (jar) (Entered: 10/29/2002) |
| 11/13/2002 | 21 | MOTION by Timothy Bishop for Continuance of Trial in Interests of Justice After 2/10/03 with assent (jar) (Entered: 11/13/2002) |
| 11/13/2002 | 22 | ORDER as to Timothy Bishop granting [21-1] motion for Continuance of Trial in Interests of Justice After 2/10/03 Time Excluded from 12/3/02 to 3/4/03 as to Timothy Bishop (1), reset Final Pretrial Conference for 4:00 2/24/03 for Timothy Bishop , reset Jury Trial for 9:30 3/4/03 for Timothy Bishop ( Signed by Chief Judge Paul J. Barbadoro ) (jar) (Entered: 11/14/2002) |
| 01/30/2003 | 23 | NOTICE of Information to the Court re sentencing enhancement by USA as to Timothy Bishop (jar) (Entered: 02/05/2003) |
| 02/20/2003 | 24 | MOTION by Timothy Bishop for Continuance of Trial in Interests of Justice with assent. (mm) (Entered: 02/20/2003) |
| 02/20/2003 | 25 | ORDER as to Timothy Bishop granting [24-1] motion for Continuance of Trial in Interests of Justice Time Excluded from 3/4/03 to 4/1/03 as to Timothy Bishop (1), reset Jury Trial for 9:30 4/1/03 for Timothy Bishop , reset Final Pretrial Conference for 4:30 3/17/03 for Timothy Bishop ( Signed by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 02/21/2003) |
| 03/14/2003 | 26 | WAIVER of Speedy Trial by Timothy Bishop (jar) (Entered: 03/14/2003) |
| 03/14/2003 | 27 | MOTION by Timothy Bishop to Continue Final Pretrial Conference with assent, served on: 3/13/03 (jar) (Entered: 03/14/2003) |
| 03/17/2003 | | ENDORSED ORDER as to Timothy Bishop granting [27-1] motion to Continue Final Pretrial Conference as to Timothy Bishop (1) ( Entered by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 03/18/2003) |

| 03/24/2003 | 28 | NOTICE of substitute attorney. Terminated attorney Mark A. Irish for USA ; Added Attorney Clyde R. W. Garrigan for USA . (mm) (Entered: 03/24/2003) |
|---|---|---|
| 03/26/2003 | 29 | MOTION by Timothy Bishop for Continuance of Trial in Interests of Justice with assent. (mm) (Entered: 03/26/2003) |
| 03/26/2003 | 30 | ORDER as to Timothy Bishop granting [29-1] motion for Continuance of Trial in Interests of Justice Time Excluded from 4/2/03 to 5/6/03 as to Timothy Bishop (1), reset Jury Trial for 9:30 5/6/03 for Timothy Bishop , ( Signed by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 03/26/2003) |
| 03/27/2003 |  | Re Timothy Bishop: Change of plea hearing set for 9:30 4/11/03 for Timothy Bishop before Chief Judge Paul J. Barbadoro (jar) (Entered: 03/27/2003) |
| 03/27/2003 | 31 | PETITION by USA for Writ of Habeas Corpus ad prosequendum as to Timothy Bishop (mm) (Entered: 03/28/2003) |
| 03/28/2003 |  | WRIT of Habeas Corpus ad Prosequendum issued as to Timothy Bishop for 4/11/03 for plea (mm) (Entered: 03/28/2003) |
| 04/08/2003 |  | Re Timothy Bishop: Change of plea hearing reset for 2:30 4/23/03 for Timothy Bishop before Chief Judge Paul J. Barbadoro . (mm) (Entered: 04/08/2003) |
| 04/09/2003 | 32 | PETITION by USA for Writ of Habeas Corpus ad prosequendum as to Timothy Bishop (mm) (Entered: 04/10/2003) |
| 04/23/2003 |  | Re Timothy Bishop: Change of plea hearing held ; Plea of Guilty by Timothy Bishop (1) count(s) 1 ; Court accepts plea; held before Chief Judge Paul J. Barbadoro Court Reporter/Tape #: D. Churas . (mm) (Entered: 04/23/2003) |
| 04/23/2003 |  | RE Timothy Bishop: SENTENCING set for 9:30 7/24/03 for Timothy Bishop , Timothy Bishop (1) count(s) 1 before Chief Judge Paul J. Barbadoro (mm) (Entered: 04/23/2003) |
| 04/23/2003 | 33 | Plea Agreement as to Timothy Bishop (mm) (Entered: 04/23/2003) |
| 04/24/2003 | 34 | PETITION by USA for Writ of Habeas Corpus ad prosequendum as to Timothy Bishop (mm) (Entered: 04/25/2003) |
| 04/25/2003 |  | WRIT of Habeas Corpus ad Prosequendum issued as to Timothy Bishop for 7/24/03 for sentencing (mm) (Entered: 04/25/2003) |
| 07/24/2003 |  | RE Timothy Bishop: SENTENCING held Timothy Bishop (1) count(s) 1 before Chief Judge Paul J. Barbadoro Court Reporter/Tape #: S. Kulacz (mm) (Entered: 07/24/2003) |
| 07/24/2003 | 35 | JUDGMENT Timothy Bishop (1) count(s) 1. Committed to Bureau of Prison for 24 months w/recommendation of participation in intensive drug education and treatment program; 4 years supervised release w/special condtions of: drug treatment pay if able, submit to searches; $100 Special Assessment due immediately; Fine waived. ( Signed by |

| | | |
|---|---|---|
| | | Chief Judge Paul J. Barbadoro ) (mm) (Entered: 07/25/2003) |
| 07/24/2003 | | Termination of party Timothy Bishop pending deadlines and pending motions as to Timothy Bishop (mm) (Entered: 07/25/2003) |
| 07/24/2003 | | **Case closed as to Timothy Bishop (all defendants). (mm) (Entered: 07/25/2003) |
| 07/25/2003 | | NOTICE of Ledger Entry: Special Assessment by Timothy Bishop . Acct Status: Paid in Full. Original ledger retained by Financial Division. (mm) (Entered: 07/25/2003) |
| 09/10/2003 | 36 | Judgment Returned Executed as to Timothy Bishop on 8/15/03 FCI McKean (mm) (Entered: 09/10/2003) |
| 02/10/2005 | 37 | Probation Jurisdiction Transferred to USDC-MA as to Timothy Bishop. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jar, ) (Entered: 02/11/2005) |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Timothy Bishop

Cr. No. S102C-140F01ASB

## INDICTMENT

The Grand Jury charges that:

## COUNT I
### [21 U.S.C. §841(a)(1)]

On or about August 22, 2001, in Nashua, in the District of New Hampshire, the defendant,

**TIMOTHY BISHOP**

did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

GRAND JURY FOREPERSON

Dated:  4-10-02

THOMAS P. COLANTUONO
UNITED STATES ATTORNEY

By: _____
Mark A. Irish
Assistant U.S. Attorney

By: _____
Clyde R.W. Garrigan
Assistant U.S. Attorney

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK

BY: _____
DEPUTY CLERK

AO 245B (Rev. 03/01) Judgment in a Criminal Case - Sheet 1

# United States District Court
## District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2003 JUL 24 P 4: 23

UNITED STATES OF AMERICA

v.

**TIMOTHY BISHOP**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **CR. 02-46-01-B**

**Phillip Desfosses, Esq.**
Defendant's Attorney

## THE DEFENDANT:

[✔]  pleaded guilty to count(s): **1 of the Indictment** .
[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:841(a)(1) | Possess with intent to distribute marijuana | 8/22/2001 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).

[ ]  Count(s) dismissed on motion of the United States: ___ .

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:    **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**

Defendant's Date of Birth:    **05/06/1958**

Defendant's USM No.:    **02857-049**

Defendant's Residence Address:
**6 Fox Street**
**Windham, NH 03087**

Defendant's Mailing Address:
**6 Fox Street**
**Windham, NH 03087**

07/24/2003
Date of Imposition of Judgment

Signature of Judicial Officer

**PAUL BARBADORO**
**Chief Judge**
Name & Title of Judicial Officer

Date

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK

BY:
DEPUTY CLERK

cc: Desfosses, usa. usm. usp

35

AO 245B (Rev. 03/01) Judgment in a Criminal Case - Sheet 2 - Imprisonment

| CASE NUMBER: | CR. 02-46-01-B | |
|---|---|---|
| DEFENDANT: | TIMOTHY BISHOP | Judgment - Page 2 of 6 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months** .

[✔]    The court makes the following recommendations to the Bureau of Prisons:

**that the defendant participate in the intensive drug education and treatment program**

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


_____
                                                    UNITED STATES MARSHAL


By    _____
                                          Deputy U.S. Marshal

AO 245B (Rev. 03/01) Judgment in a Criminal Case - Sheet 3 - Supervised Release

CASE NUMBER:        CR. 02-46-01-B
DEFENDANT:          TIMOTHY BISHOP                                                    Judgment - Page 3 of 6

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __4 years__ .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13,1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

[ ]        The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔]        The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without permission of the court or probation officer;
2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)    the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)    the defendant shall support his or her dependants and meet other family responsibilities;
5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 03/01)  Judgment in a Criminal Case - Sheet 3 - Supervised Release

| | |
|---|---|
| CASE NUMBER: | **CR. 02-46-01-B** |
| DEFENDANT: | **TIMOTHY BISHOP** |

Judgment - Page 4 of 6

# SPECIAL CONDITIONS OF SUPERVISION

In addition, the defendant shall comply with the following special conditions:

The defendant shall participate in a program approved by the United States Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall pay for the cost of treatment to the extent he is able as determined by the probation officer.

The defendant shall submit his person, residence, office, or vehicle to a search conducted by a U.S. probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion that contraband or evidence of a violation of a condition of release may exist; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

AO 245B (Rev. 03/01) Judgment in a Criminal Case - Sheet 5  Criminal  Monetary Penalties

CASE NUMBER:     **CR. 02-46-01-B**
DEFENDANT:       **TIMOTHY BISHOP**                                          Judgment - Page 5 of 6

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|         | Assessment | Fine | Restitution |
|---------|-----------|------|-------------|
| Totals: | $100.00   |      |             |

[ ]    The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]    The defendant shall make restitution (including community restitution) to the following payees in the amount listed.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---------------|------------------------|-------------------------------|------------------------------|
|               | TOTALS:                |                               |                              |

[ ]    If applicable, restitution amount ordered pursuant to plea agreement.  $_____

[ ]    The defendant shall pay interest on any fine or restitution of more than $2500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[ ]    The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

[ ]    The interest requirement is waived for the    [ ] fine    [ ] restitution.

[ ]    The interest requirement for the    [ ] fine and/or    [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 03/01) Judgment in a Criminal Case - Sheet 5  Criminal  Monetary Penalties

CASE NUMBER:    CR. 02-46-01-B
DEFENDANT:    TIMOTHY BISHOP

Judgment - Page 6 of 6

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    [✔]  Lump sum payment of $100.00 due immediately, balance due

      [ ] not later than _, or
      [ ] in accordance with  [] C,  [] D, or [] E  below;  or

B    [ ]  Payment to begin immediately (may be combined with  [] C,  [] D,  or [] E  below); or

C    [ ]  Payment in _ installments of $_ over a period of _, to commence _ days after the date of this judgment; or

D    [ ]  Payment in _ installments of $_ over a period of _ , to commence _ days after release from imprisonment to a term of supervision; or

E    []  Special instructions regarding the payment of criminal monetary penalties:

Criminal monetary payments are to be made to Clerk, U.S. District Court, 55 Pleasant Street, Room 110, Concord, NH 03301.  Payments shall be in cash or in a bank check or money order made payable to Clerk, U.S. District Court.  Personal checks are not accepted.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made payable to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]  Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

[ ]  The defendant shall pay the cost of prosecution.

[ ]  The defendant shall pay the following court cost(s):

[ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3 )restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.